## PHILLIPS v. STATE.
### No. 19976.

Court of Criminal Appeals of Texas.

Nov. 30, 1938.

Tom J. Newton, Jr., of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully carrying a pistol; penalty assessed at confinement in the county jail for forty-five days.

The complaint and information appear regular. The record is before us without statement of facts or bills of exception.

No error having been perceived justifying a reversal, the judgment of the trial court is affirmed.